**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-7469**

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

     v.

LOREZE J. WILLIAMS, a/k/a Rez,

          Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Columbia. Cameron McGowan Currie, Senior District Judge. (3:09-cr-00825-CMC-15)

Submitted: February 20, 2020          Decided: February 25, 2020

Before GREGORY, Chief Judge, RUSHING, Circuit Judge, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Loreze J. Williams, Appellant Pro Se. Stacey Denise Haynes, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Loreze J. Williams appeals the district court's order and amended criminal judgment granting Williams' motion for a sentence reduction pursuant to Section 404(b) of the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court. *United States v. Williams*, No. 3:09-cr-00825-CMC-15 (D.S.C. Sept. 9, 2019).  We deny Williams' motion for the appointment of counsel.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*